# EXHIBIT B

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: [12.0] | **(4:37-44)** "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>**(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>**(4:37–41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | Unisight Standard (STD) version is designed for PC based DVR/NVR systems that utilizes the most advanced H.264 hardware digital video encode technologies to bring you the highest picture quality and video performance. It can support up to 64-channel video/audio on a single server processor, live view and playback on a local monitor screen or via TCP/IP network from remote. | Unisight.net website, *"Standard Platform"* web page: http://www.unisight.net/standard.html |

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~ one or more sources; [12.1] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **Unisight Standard**<br><br>Unisight Standard (STD) version is designed for PC based DVR/NVR systems that utilizes the most advanced H.264 hardware digital video encode technologies to bring you the highest picture quality and video performance. It can support up to 64-channel video/audio on a single server processor, live view and playback on a local monitor screen or via TCP/IP network from remote." | Unisight "*Standard Platform*" Web page: http://www.unisight.net/standard.html<br><br><br>Image from Unisight.net web site, *"Standard Platform"* web page: http://www.unisight.net/standard.html |

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; [12.2] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical. **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **Hybrid DVR** The Server software accepts the encoding video streams (either from analog capture cards or IP video encoding devices) and writes the streams to the storage partitions. Included features, such as Live Preview, Playback and Backup are available for streamlined troubleshooting making support a simplified process. The Server can operate in three modes: analog only (DVR), hybrid (HVR) and IP only (NVR). When operating as a DVR the Server uses capture cards to encode the video for storing and for client streaming. When operating as an HVR the Server has the ability to accept and store streams from all supported IP based video encoding devices simultaneously with capture card streams. When operating as an NVR the Server doesn't need any specialized hardware, like capture cards, creating an efficient system design. | Unisight "*Hybrid DVR*" web page: http://www.unisight.net/server.html |

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window;  [12.3] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical. **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." **(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **Digital Matrix Server** The Unisight Digital Matrix is a powerful and versatile video wall solution. It utilizes a Digital Matrix Server which connects all of your display devices and manages them through the Enterprise CMS Your virtual display wall can be easily managed and controlled through the Enterprise CMS. Choose from multiple grid configurations on each monitor, personalize channel schemes for manual or scheduled loading, customize channel rotation on a single or multiple monitors or dynamically switch what you see when you need to see it. | See Unisight "*Digital Matrix Server*" Brochure, P-1: http://support.unisight.net:2700/MatrixSpec.pdf  Image from Unisight "*Server Manual*", page 2. http://support.unisight.net:2700/Server%20Manual.pdf |

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~ converting one or more of the video source images into a data storage format using a second set of temporal and spatial parameters associated with each image; and [12.4] | (6:34– 40) "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> **Note:** <br> The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc. <br><br> This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime). | **Schedule Data Grid** <br><br> Simple and user-friendly. Setup various time schemes for cameras to schedule recording, guard motion, network availability, etc. <br><br> [Setup dialog screenshot showing Camera tab with Video Scheme options: Scheme(1), Compression 10, Frame rate(fps) 30, Resolution CIF; Video/Audio selected, VBR Enabled checked; Estimated bit rate(CBR mode): 360 (MB/Hour); Change on alarm, Compress trans checked; Server name: TECHSTATION; Disk group: Group(01); OSD position X 10 Y 10; Signal lost alert, Show preview, Allow network access checked] <br><br> "**Video Scheme:** You can configure up to three different video schemes and apply them at different times using the **Schedule** tab. 10 levels of **Compression** are available. 1 is the most compression which will give you the smallest file size but with lower video quality. You can set the **Frame Rate** from 1 fps to 30 fps. The higher the frame rate, the smoother the video. You can also choose to encode the video using VBR by enabling the **VBR Enabled** check box. VBR is **Variable Bit Rate**. During low motion situations the bit rate will decrease creating a smaller file size. There are four different resolutions available to record: **QCIF – 176x144**, **CIF – 352x240**, **DCIF – 528x360**, **2CIF – 704x240**." | Image and text from Unisight *"Server Manual"*, P-5: http://support.unisight.net:2700/Server%20Manual.pdf |

# HAWK '462 Claim Chart — Affinity Gaming

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| simultaneously storing the converted images in a storage device.  [12.5] | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>." <br><br>*(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **"Storage Center**<br>The Storage Center will record the live streams from any supported video processing device and is used as a redundant onsite / offsite storage solution and act as a fully functional NVR system. Accommodating a virtually unlimited storage volume by utilizing mapped NAS or SAN units you can store as little or as much as you need."<br><br>**Storage Center Server**<br>The Enterprise Storage Center integrates a highly reliable hardware architecture and our powerful software to ultimately provide a rock-solid surveillance and storage platform for IP based installations. The NVR systems are capable of recording up to 512 IP channels at 30 fps per channel, and preview each individual channel independently. Professional or Enterprise NVR Server software and the full-featured NVR Client software included . | Unisight "*Storage Center*" Web page: http://www.unisight.net/storage_center.html <br><br><br>Unisight "*Storage Center Server*" web page: http://www.unisight.net/entservers.html |

# HAWK '462 Claim Chart — Affinity Gaming

| Dependent Claim No. 13 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the temporal parameters including frame rate. *[13.0]* | As is well-understood in the industry, the term "temporal parameters" covers both data rate and update rate (frame rate). | **Schedule Data Grid**<br>Simple and user-friendly. Setup various time schemes for cameras to schedule recording, guard motion, network availability, etc.<br><br>"**Video Scheme:** You can configure up to three different video schemes and apply them at different times using the **Schedule** tab. 10 levels of **Compression** are available. 1 is the most compression which will give you the smallest file size but with lower video quality. You can set the **Frame Rate** from 1 fps to 30 fps. The higher the frame rate, the smoother the video. You can also choose to encode the video using VBR by enabling the **VBR Enabled** check box. VBR is **Variable Bit Rate**. During low motion situations the bit rate will decrease creating a smaller file size. There are four different resolutions available to record: **QCIF – 176x144**, **CIF – 352x240**, **DCIF – 528x360**, **2CIF – 704x240**." | Image and text from Unisight *"Server Manual"*, P-5: http://support.unisight.net:2700/Server%20Manual.pdf |

## HAWK '462 Claim Chart — Affinity Gaming

| Dependent Claim No. 14 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the spatial parameters including image dimension in pixels.  [14.0] | As is well-understood in the industry, the term "spatial parameters" covers pixel dimensions (resolution) | **Schedule Data Grid**<br><br>Simple and user-friendly. Setup various time schemes for cameras to schedule recording, guard motion, network availability, etc.<br><br>"**Video Scheme:** You can configure up to three different video schemes and apply them at different times using the **Schedule** tab. 10 levels of **Compression** are available. 1 is the most compression which will give you the smallest file size but with lower video quality. You can set the **Frame Rate** from 1 fps to 30 fps. The higher the frame rate, the smoother the video. You can also choose to encode the video using VBR by enabling the **VBR Enabled** check box. VBR is **Variable Bit Rate**. During low motion situations the bit rate will decrease creating a smaller file size. There are four different resolutions available to record: **QCIF – 176x144**, **CIF – 352x240**, **DCIF – 528x360**, **2CIF – 704x240**." | Image and text from Unisight *"Server Manual"*, P-5: http://support.unisight.net:2700/Server%20Manual.pdf |

# HAWK '462 Claim Chart — Affinity Gaming

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 8.*12*, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. *[9.0]* | **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>**(8:28– 42)** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **Schedule Data Grid**<br><br>Simple and user-friendly. Setup various time schemes for cameras to schedule recording, guard motion, network availability, etc.<br><br>"**Video Scheme:** You can configure up to three different video schemes and apply them at different times using the **Schedule** tab. 10 levels of **Compression** are available. 1 is the most compression which will give you the smallest file size but with lower video quality. You can set the **Frame Rate** from 1 fps to 3 0fps. The higher the frame rate, the smoother the video. You can also choose to encode the video using VBR by enabling the **VBR Enabled** check box. VBR is **Variable Bit Rate**. During low motion situations the bit rate will decrease creating a smaller file size. There are four different resolutions available to record: **QCIF – 176x144**, **CIF – 352x240**, **DCIF – 528x360**, **2CIF – 704x240**." | Image and text from Unisight *"Server Manual"*, P-5: http://support.unisight.net:2700/Server%20Manual.pdf |

# HAWK '462 Claim Chart — Affinity Gaming

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input. **[10.0]** | **(2:66– 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." <br><br> **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | **Schedule Data Grid** <br> Simple and user-friendly. Setup various time schemes for cameras to schedule recording, guard motion, network availability, etc. <br><br> [Screenshot of Setup dialog showing Camera tab with Video Scheme settings: Channel list (CH-01 through CH-08), Scheme(1), Compression: 10, Frame rate(fps): 30, Resolution: CIF, Video/Audio, VBR Enabled, Estimated bit rate(CBR mode): 360 (MB/Hour), Change on alarm, Compress trans, Server name: TECHSTATION, Disk group: Group(01), OSD position X:10 Y:10, Signal lost alert, Show preview, Memo, Allow network access, Copy to, Import config, Export config, Log, User, E-Map, OK, Apply, Cancel] <br><br> "**Video Scheme:** You can configure up to three different video schemes and apply them at different times using the **Schedule** tab. 10 levels of **Compression** are available. 1 is the most compression which will give you the smallest file size but with lower video quality. You can set the **Frame Rate** from 1 fps to 30 fps. The higher the frame rate, the smoother the video. You can also choose to encode the video using VBR by enabling the **VBR Enabled** check box. VBR is **Variable Bit Rate**. During low motion situations the bit rate will decrease creating a smaller file size. There are four different resolutions available to record: **QCIF – 176x144**, **CIF – 352x240**, **DCIF – 528x360**, **2CIF – 704x240**." <br><br> "**Grid Layout Buttons** <br> The arrangement of the Channel Grid is easily configured by eight buttons. These buttons will change the number of channels displayed on the Channel Grid." | Image and text from Unisight *"Server Manual"*, P-5: http://support.unisight.net:2700/Server%20Manual.pdf <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Unisight *"Client Manual"*, page 2: http://support.unisight.net:2700/Client%20Manual.pdf |

# HAWK '462 Claim Chart — Affinity Gaming

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. [11.0] | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **"Color/Motion Tab (Fig. 2-2)** <br><br> The **Color/Motion** tab can be used to setup the motion detection areas and the video signal parameters such as brightness, contrast, saturation and hue for each individual video channel" <br><br> [Setup dialog screenshot showing Color/Motion tab with channel list, color scheme area with red rectangles, Switch/Delete/Clear all buttons, Sensitivity 5, Mask area, Scheme(1), Brightness 55, Contrast 70, Saturation 60, Hue 1, Default, Log/User/E-Map/OK/Apply/Cancel buttons] <br><br> "There are five configurable **Schemes** for video signal parameters which can be applied at different times using the **Schedule** tab." | Image and text from Unisight *"Server Manual"*, P-7: http://support.unisight.net:2700/Server%20Manual.pdf |

*CONFIDENTIAL*  Page 11 of 11